IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERMAINE SHOCKLEY,                          :
                    Petitioner,      :
                                :         **CIVIL ACTION**
          v.                               :         No. 13-3759
                                :
JOHN E. WETZEL et al.,                       :
                Respondents.      :

## ORDER

This 21st day of April, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Petition and Amended Petition for Writ of Habeas Corpus, ECF 1 and 9, are **DENIED**.

2. Petitioner's Motion for Extension of Time and to Appoint Counsel, ECF 19, is **DENIED as moot**.

3. A certificate of appealability will not issue.

                                  /s/ Gerald Austin McHugh
                                United States District Judge